**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KRISTINA QUARLES,                                                                PLAINTIFF
ADC #760441

v.                                        No. 5:14CV00252-JLH-JTK

TYRA TYLER, et al.                                                              DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendant Greg Bolin is DISMISSED from plaintiff's complaint for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 3rd day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE