# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KRISTINA QUARLES,                                                                                    PLAINTIFF
ADC #760441

v.                                        No. 5:14CV00252-JLH-JTK

TYRA TYLER, et al.                                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion to allow evidence, which this Court construes as a motion for preliminary injunction, is DENIED. Document #23.

IT IS SO ORDERED this 3rd day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE